# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Estate of Richard Lee Richards by Special Administrator Victoria Richards,<br><br>Plaintiff,<br><br>v.<br><br>Ryan T Remington, et al.,<br><br>Defendants. | No. CV-22-00429-TUC-JGZ<br><br>**ORDER** |

On April 7, 2023, the City of Tucson filed an Answer to Plaintiff's Complaint. (Doc. 25.) The City of Tucson dated the Answer February 7, 2023, and certified that it electronically served the Answer on all parties on February 7, 2023. (*Id.*) There is no record of the City of Tucson filing or serving this Answer on February 7, 2023.

Accordingly,

**IT IS ORDERED** that the City of Tucson's Answer (Doc. 25) is **stricken**. The City must refile its Answer dated correctly.

Dated this 11th day of April, 2023.

Honorable Jennifer G. Zipps
United States District Judge