IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Estate of Richard Lee Richards by Special Administrator Victoria Richards,<br><br>Plaintiff,<br><br>v.<br><br>Ryan T Remington, et al.,<br><br>Defendants. | No. CV-22-00429-TUC-JGZ<br><br>**ORDER** |

On January 20, 2023, the City of Tucson filed an Amended Motion to Dismiss. (Doc. 12.) On March 14, 2023, the Court denied the City's Motion. (Doc. 20.) Under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, if the Court denies a motion to dismiss, the defendant must serve a responsive pleading within 14 days after notice of the Court's action. Despite the City's failure to answer or otherwise respond, Plaintiff Richards did not file an Application for Entry of Default pursuant to Rule 55 of the Federal Rules of Civil Procedure. In an April 7, 2023 Order, the Court ordered Richards to show cause why this action against the City should not be dismissed for failure to prosecute. (Doc. 23.)

On April 7, 2023, Richards filed an Application for Entry of Default. (Doc. 24.) On April 10, 2023, the City of Tucson filed a Motion to Strike Richards's Application for Entry of Default. (Doc. 27.) The City filed an Answer to Richards's Complaint the following day. (Doc. 30.) Judgment by default is a drastic step proper only in extreme circumstances; whenever possible, a case should be decided on the merits. *United States v. Signed Pers.*

*Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010). Therefore, in light of the City's filing of an Answer, the Court will grant the City's Motion to Strike Richards's Application for Entry of Default.

**IT IS HEREBY ORDERED:**

1. The City's Motion to Strike (Doc. 27) is **granted**. ECF 24 is **stricken**.
2. The Court's Order for Richards to Show Cause (Doc. 23) is **discharged**.

Dated this 18th day of April, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge