Renee J. Waters
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Telephone:  (520) 791-4221
Fax:  (520) 623-9803
Renee.Waters@tucsonaz.gov
State Bar No. 031691
Pima County Computer No. 90191
*Attorneys for Defendant City of Tucson*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ESTATE OF RICHARD LEE RICHARDS BY SPECIAL ADMIN VICTORIA RICHARDS,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN T. REMINGTON; et al.,<br><br>Defendants. | No. 4:22-cv-00429-JGZ<br><br>**NOTICE OF SERVICE OF DEFENDANT CITY OF TUCSON'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**<br><br>(Assigned to Hon. Jennifer G. Zipps) |

PLEASE TAKE NOTICE that on this date, Defendant City of Tucson has served upon Plaintiff and Co-Defendant, its Responses to Plaintiff's First Set of Discovery Requests.

DATED: April 19, 2023.

                                                MICHAEL G. RANKIN
                                              City Attorney

                                              By    */s/ Renee J. Waters*
                                                        Renee J. Waters
                                                        Principal Assistant City Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2023, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John H. Bradley
R. Rick Resch
STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
John@StrangBradley.com
Rick@StrangBradley.com
    *Attorneys for Plaintiff*

Andrew Peterson
6063 E. Grant Rd.
Tucson, AZ 85712
apetersen@humphreyandpetersen.com
    *Attorney for Co-Defendant Remington*

By /s/ C. Loss