John H. Bradley (Wisconsin Bar No. 1053124)
R. Rick Resch (Wisconsin Bar No. 1117722)
**STRANG BRADLEY, LLC**
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Richard Lee Richards by Special Administrator Victoria Richards,<br><br>*Plaintiff,*<br><br>*v.*<br><br>Ryan T. Remington and City of Tucson,<br><br>*Defendants.* | No. 4:22-cv-00429-JGZ<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS DISCLOSURES** |

The Plaintiff, the Estate of Richard Lee Richards, by its attorneys, Strang Bradley, LLC, gives notice that it has served the below parties today via email with the Plaintiff's Rule 26(a)(2) Expert Witness Disclosures pursuant to the Court's scheduling order (Dkt. No. 17).

Andrew J. Petersen
HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
APetersen@humphreyandpetersen.com
*Attorney for Defendant Ryan T. Remington*

Renee Waters
Office of the Tucson City Attorney
255 W. Alameda
Tucson AZ 85726
Renee.Waters@tucsonaz.gov
*Attorney for Defendant City of Tucson*

Dated: September 28, 2023.

/s/ John H. Bradley
John H. Bradley
  Wisconsin Bar No. 1053124
R. Rick Resch
  Wisconsin Bar No. 1117722
STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, WI 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com

Counsel for Plaintiff

2