John H. Bradley (Wisconsin Bar No. 1053124)
R. Rick Resch (Wisconsin Bar No. 1117722)
**STRANG BRADLEY, LLC**
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Richard Lee Richards by Special Administrator Victoria Richards, <br><br> *Plaintiff,* <br><br> *v.* <br><br> Ryan T. Remington and City of Tucson, <br><br> *Defendants.* | No. 4:22-cv-00429-JGZ <br><br> **SECOND JOINT SETTLEMENT STATUS REPORT** |

 Pursuant to the Court's Scheduling Order, ECF No. 17, the parties submit this Second Joint Settlement Status Report.

 Since the parties filed their First Joint Settlement Status Report, no settlement discussions have taken place. Discovery in this matter is ongoing.

                                                  Respectfully submitted,

Dated: 30 August 2023.

                                        /s/ John H. Bradley
John H. Bradley
Wisconsin Bar No. 1053124
R. Rick Resch
Wisconsin Bar No. 1117722
STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, WI 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
Counsel for Plaintiff

/s/ Andrew J. Petersen
Andrew J. Petersen
HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
APetersen@humphreyandpetersen.com
Attorney for Defendant Ryan T. Remington

/s/ Renee Waters
Renee Waters
Office of the Tucson City Attorney
255 W. Alameda
Tucson AZ 85726
Renee.Waters@tucsonaz.gov
Attorney for Defendant City of Tucson