Andrew Sterling
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Telephone:  (520) 791-4221
Fax:  (520) 623-9803
Andrew.Sterling@tucsonaz.gov
State Bar No. 030471
*Attorneys for Defendant City of Tucson*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Estate of Richard Lee Richards by Special Admin Victoria Richards<br>    Plaintiff,<br><br>vs.<br><br>Ryan T. Remington; et al.,<br><br>    Defendant. | No. 4:22-cv-00429-JGZ<br><br>**CITY DEFENDANTS' NOTICE OF SUBPOENA**<br><br>(Assigned to Hon. Jennifer G. Zipps) |
|---|---|

Pursuant to Fed. R. Civ. P. Rule 45(a)(4), Defendants hereby give notice of subpoena for the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, which is attached hereto as Exhibit A.

DATED: March 26, 2024

                        MICHAEL G. RANKIN
                        City Attorney

                        By    */s/ Andrew Sterling*
                                Andrew Sterling
                                Principal Assistant City Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John H. Bradley
R. Rick Resch
STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
John@StrangBradley.com
Rick@StrangBradley.com
      *Attorneys for Plaintiff*

Andrew Peterson
6063 E. Grant Rd.
Tucson, AZ 85712
apetersen@humphreyandpetersen.com
      *Attorney for Co-Defendant Remington*

By /s/ C. Loss/mp