**HUMPHREY & PETERSEN, P.C.**
6063 E. GRANT ROAD
TUCSON, ARIZONA 85712
TELEPHONE: 520-795-1900
Andrew J. Petersen, State Bar No. 016699
APetersen@humphreyandpetersen.com
Attorney for Defendant Ryan T. Remington

8048-1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Richard Lee Richards by Special Administrator Victoria Richards,<br><br>Plaintiffs,<br><br>vs.<br><br>Ryan T. Remington and City of Tucson,<br><br>Defendants. | Case No.: 4:22-cv-00429-JGZ<br><br>**DEFENDANT REMINGTON'S NOTICE OF FILING NON-ELECTRIC EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>(Hon. Jennifer G. Zipps) |

Counsel for Defendant, Ryan T. Remington, gives notice that it is filing a USB drive with the below non-electronic exhibits to Defendant Remington's Statement of Facts in Support of Defendant's Motion for Summary Judgment pursuant to the Court's Order dated June 20, 2024 granting Defendant's Motion for Permission to File Non-Electronic Exhibits to Defendant's Separate Statement of Facts in Support of Motion for Summary Judgment. (Dkt. 94).

\

1

**Exhibit A**   Video surveillance from Walmart at 1650 West Valencia Rd

**Exhibit B**   Body-cam video for Officer Stephanie Wade

**Exhibit C**   Video surveillance footage from Lowe's at 1800 West Valencia Rd

A copy of this notice along with a USB drive containing the above exhibits will be mailed/hand-delivered to opposing counsel as noted below.

John H. Bradley
Strang Bradley, LLC
613 Williamson Street
Suite 204
Madison WI 53703
Attorney for Plaintiff
john@strangbradley.com

Andrew Sterling
Office of the Tucson City Attorney Civil Division
P.O. Box 27210
Tucson, AZ 85726-7210
Attorney for Defendant City of Tucson
andrew.sterling@tucsonaz.gov

DATED this 24th day of June, 2024.

        HUMPHREY & PETERSEN, P.C.

        */s/ Andrew Petersen*
        Andrew J. Petersen
        Attorney for Defendant

*/s/ Cassandra Marie Chambers*

H:\MHFILES\8048-1\NoticeFilingNon-ElectronicExhibits.docx