John H. Bradley (Wisconsin Bar No. 1053124)
R. Rick Resch (Wisconsin Bar No. 1117722)
**STRANG BRADLEY, LLC**
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Richard Lee Richards by Special Administrator Victoria Richards, | No. 4:22-cv-00429-JGZ |
| *Plaintiff,* | |
| *v.* | **NINTH JOINT SETTLEMENT STATUS REPORT** |
| Ryan T. Remington and City of Tucson, | |
| *Defendants.* | |

Pursuant to the Court's Scheduling Order, ECF No. 17, the parties submit this Ninth Joint Settlement Status Report.

Since the parties filed their Eighth Joint Settlement Status Report, no settlement discussions have taken place.

1

2   Dated: 27 May 2025,

Respectfully submitted,

3   /s/ R. Rick Resch
4   John H. Bradley
    Wisconsin Bar No. 1053124
5   R. Rick Resch
    Wisconsin Bar No. 1117722
6   STRANG BRADLEY, LLC
    613 Williamson Street, Suite 204
7   Madison, WI 53703
    (608) 535-1550
8   John@StrangBradley.com
9   Rick@StrangBradley.com
10  Counsel for Plaintiff

11

12  /s/ Andrew J. Petersen
    Andrew J. Petersen
13  HUMPHREY & PETERSEN, P.C.
14  6063 E. Grant Road
    Tucson AZ 85712
15  APetersen@humphreyandpetersen.com
16  Attorney for Defendant Ryan T. Remington

17  /s/ Sarah E. Pace
18  Sarah E. Pace
    Courtney T. Lacaillade
19  Office of the Tucson City Attorney
20  255 W. Alameda
    Tucson AZ 85726
21  Sarah.Pace@tucsonaz.gov
22  Courtney.Lacaillade@tucsonaz.gov
23  Attorney for Defendant City of Tucson

24

25

26

27

28