**HUMPHREY & PETERSEN, P.C.**
6063 E. GRANT ROAD
TUCSON, ARIZONA 85712
TELEPHONE: 520-795-1900

8048-1

Andrew J. Petersen, State Bar No. 016699
APetersen@humphreyandpetersen.com
Attorney for Defendant Ryan T. Remington

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Richard Lee Richards by Special Administrator Victoria Richards,<br><br>             Plaintiff,<br><br>vs.<br><br>Ryan T. Remington and City of Tucson,<br><br>             Defendants. | Case No.: 4:22-cv-00429-JGZ<br><br>**NOTICE OF APPEAL**<br><br>(Hon. Jennifer G. Zipps) |

Notice is hereby given that Defendant Ryan Remington hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order granting in part and denying in part Defendants' Motion for Summary Judgment (ECF No. 141) entered December 23, 2025 including the denial of qualified immunity on both prongs, i.e., the determination of a potential constitutional violation and the determination of clearly established law.

On qualified immunity, the trial court erred in holding that the plaintiff produced evidence sufficient for a jury to find unreasonableness and erred in holding that the

law was clearly established based on a high level of generality. The district court couches its denial of qualified immunity as a matter for the jury to decide because there are competing inferences. Qualified immunity is not a jury question. The district court's analysis is not the qualified immunity analysis required by the Supreme Court precedent. The Supreme Court requires objective unreasonableness and "clearly established" in a particularized sense such that case law "squarely governs" and has a "robust consensus of cases of persuasive authority" "in the situation confronted" by Officer Remington such that it would be clear notice to every reasonable law enforcement officer that deadly force could not be used under similar circumstances. This is no different from *Kisela v. Hughes*, 584 U.S. 100 (2018) (qualified immunity applies regardless of disputed facts because under the undisputed circumstances, the use of deadly force was not clearly established). The district court's reliance on the Ninth Circuit opinion *reversed* by the Supreme Court is the same mistake repeatedly corrected by the Court in *Kisela*: "This Court has 'repeatedly told courts—and the Ninth Circuit in particular—not to define clearly established law at a high level of generality." 548 U.S. at 104.

First, purported fact issues about whether there was a constitutional violation do not prevent summary judgment on qualified immunity. Any factual dispute must be material, and that issue is reviewable. Defendants in detail challenged the materiality of Plaintiff's claimed disputed facts and inferences from undisputed facts.

Second, the district court committed legal error by watering down the clearly established law requirement of qualified immunity. The district court's rulings are

inconsistent with the Supreme Court's jurisprudence, including *Kisela* and recent Ninth Circuit opinions, including *Hart v. City of Redwood City*, 99 F.4th 543 (9th Cir. 2024); *Williams v. City of Sparks*, 112 F.4th 635 (9th Cir. 2024); *Napouk v. Las Vegas Metro. Police Dep't*, 123 F.4th 906 (9th Cir. 2024); and *Estate of Hernandez v. City of Los Angeles*, 139 F.4th 790 (9th Cir. 2025).

### REPRESENTATION STATEMENT

The undersigned represents Defendant Ryan Remington. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Defendant-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number and e-mail.

**PLAINTIFF:** Estate of Richard Lee Richards by Special Administrator Victoria Richards.

John H. Bradley
Strang Bradley, LLC
613 Williamson Street
Suite 204
Madison WI 53703
Attorney for Plaintiff
john@strangbradley.com

**DEFENDANT:** City of Tucson

Courtney T. Lacaillade
Office of the Tucson City Attorney Civil Division
P.O. Box 27210
Tucson, AZ 85726-7210
Attorney for Defendant City of Tucson
Courtney.Lacaillade@tucsonaz.gov

DATED this 23rd day of December, 2025.

HUMPHREY & PETERSEN, P.C.

*/s/ Andrew Petersen*
Andrew J. Petersen
Attorney for Defendant Ryan Remington

### CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John H. Bradley
Strang Bradley, LLC
613 Williamson Street
Suite 204
Madison WI 53703
Attorney for Plaintiff
john@strangbradley.com

Courtney T. Lacaillade
Office of the Tucson City Attorney Civil Division
P.O. Box 27210
Tucson, AZ 85726-7210
Attorney for Defendant City of Tucson
Courtney.Lacaillade@tucsonaz.gov

*/s/ Anna McCollum*
H:\MHFILES\8048-1\NoticeOfAppeal.docx